AO 440 (Del Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of     DELAWARE

L'ATHENE, INC.,

    PLAINTIFF,

    V.

EARTHSPRING LLC,

AND

GREEK ISLAND LABS LLC

    DEFENDANTS.

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

Case Number: 08-114

**TO:** (Name and address of Defendant)

    Greek Island Labs, LLC
    25 South Arizona Place, Suite 550
    Chandler, AZ 85225
    c/o Delaware Secretary of State
    401 Federal Street, Suite 4
    Dover, Delaware 19901

    **PURSUANT TO 10** *Del. C.* **§ 3104, YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    **Kimberly L. Gattuso, Saul Ewing LLP, 222 Delaware Avenue, Suite 1200,**
    **P.O. Box 1266, Wilmington, DE  19899-1266; (302) 421-6868**

an Answer to the Complaint which is served on you with this Summons, within __twenty (20)__ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you server on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

FEB 2 8 2008

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>2/29/08 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: GREEK ISLAND LABS, LLC C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBENEAU

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/29/08
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.