IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L'ATHENE, INC.<br>494 Wando Park Blvd. Suite B<br>Mt. Pleasant, S.C. 29464,<br><br>    Plaintiff,<br><br>v.<br><br>EARTHSPRING LLC<br>25 South Arizona Place, Suite 550<br>Chandler, AZ 85225,<br><br>and<br><br>GREEK ISLAND LABS LLC<br>25 South Arizona Place, Suite 550<br>Chandler, AZ 85225,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08-114 |

**NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL**

Please take notice that Kimberly L. Gattuso, Esquire, of Saul Ewing, LLP, hereby withdraws her appearance as counsel to Plaintiff, L'Athene, Inc., in this case. Saul Ewing LLP will continue to serve as Counsel to Plaintiff. Please substitute Michael R. Robinson, Esquire as new counsel to Plaintiff and revise your records accordingly. Service of all pleadings in this matter should hereinafter be made solely upon:

> Michael R. Robinson (No. 4452)
> Saul Ewing LLP
> 222 Delaware Avenue, Suite 1200
> Wilmington, DE  19899-1266
> Telephone:  (302) 421-6800
> Facsimile:  (302) 421-6813
> mrobinson@saul.com

| SAUL EWING LLP | SAUL EWING LLP |
|---|---|
| /s/ Kimberly L. Gattuso<br>Kimberly L. Gattuso (No. 3733)<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Telephone: (302) 421-6800<br>Facsimile: (302) 421-6813<br>kgattuso@saul.com | /s/ Michael R. Robinson<br>Michael R. Robinson (No. 4452)<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Telephone: (302) 421-6800<br>Facsimile: (302) 421-6813<br>mrobinson@saul.com<br><br>*Attorneys for Plaintiff,*<br>*L'Athene, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L'ATHENE, INC.<br>494 Wando Park Blvd. Suite B<br>Mt. Pleasant, S.C. 29464,<br><br>    Plaintiff,<br><br>v.<br><br>EARTHSPRING LLC<br>25 South Arizona Place, Suite 550<br>Chandler, AZ 85225,<br><br>and<br><br>GREEK ISLAND LABS LLC<br>25 South Arizona Place, Suite 550<br>Chandler, AZ 85225,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-114<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL**

Please take notice that Kimberly L. Gattuso, Esquire, of Saul Ewing, LLP, hereby withdraws her appearance as counsel to Plaintiff, L'Athene, Inc., in this case. Saul Ewing LLP will continue to serve as Counsel to Plaintiff. Please substitute Michael R. Robinson, Esquire as new counsel to Plaintiff and revise your records accordingly. Service of all pleadings in this matter should hereinafter be made solely upon:

    Michael R. Robinson (No. 4452)
    Saul Ewing LLP
    222 Delaware Avenue, Suite 1200
    Wilmington, DE  19899-1266
    Telephone:  (302) 421-6800
    Facsimile:  (302) 421-6813
    mrobinson@saul.com

| | |
|---|---|
| **SAUL EWING LLP** | **SAUL EWING LLP** |
| /s/ Kimberly L. Gattuso | /s/ Michael R. Robinson |
| Kimberly L. Gattuso (No. 3733) | Michael R. Robinson (No. 4452) |
| 222 Delaware Avenue | 222 Delaware Avenue |
| P.O. Box 1266 | P.O. Box 1266 |
| Wilmington, DE 19899-1266 | Wilmington, DE 19899-1266 |
| Telephone: (302) 421-6800 | Telephone: (302) 421-6800 |
| Facsimile: (302) 421-6813 | Facsimile: (302) 421-6813 |
| kgattuso@saul.com | mrobinson@saul.com |
| | *Attorneys for Plaintiff,* |
| | *L'Athene, Inc.* |