**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| L'ATHENE, INC. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 08-114-SLR |
| | ) | |
| EARTHSPRING LLC | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| GREEK ISLAND LABS LLC | ) | |
| | ) | |
|     Defendants. | ) | |

**STIPULATION AND ORDER FOR EXTENSION**
**OF TIME TO RESPOND TO THE COMPLAINT**

It is hereby stipulated by movants, Earthspring LLC ("Earthspring") and Greek Island Labs LLC ("Greek Island"), and by L'Athene, Inc. ("L'Athene"), subject to the approval of the Court, that Earthspring and Greek Island shall have an extension of time until and including April 4, 2008, to answer, move or otherwise respond to the complaint filed by L'Athene.

/s/ Michael R. Robinson
Michael R. Robinson (#4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Tel: (302) 421-6800
Fax: (302) 421-6813
Email: mrobinson@saul.com

*Attorney for L'Athene, Inc.*

Dated: March 14, 2008


/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (#2900)
BALLARD SPAHR ANDREWS
  & INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 252-4447
Fax: (302) 355-0221
Email: moskowschnollb@ballardspahr.com

*Attorney for Earthspring LLC and Greek Island Labs LLC*

Dated: March 14, 2008


SO ORDERED:

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge