## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L'ATHENE, INC.,                              )
                                        )
       Plaintiff,                        )
                                          )
       v.                                      )     Civil Action No. 08-114-SLR
                                          )
EARTHSPRING LLC and              )
GREEK ISLAND LABS LLC,         )
                                          )
       Defendants.                      )

## MOTION OF DEFENDANTS EARTHSPRING LLC AND GREEK ISLAND LABS LLC TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE DISTRICT OF ARIZONA

Defendants EarthSpring LLC ("EarthSpring") and Greek Island Labs LLC ("Greek Island"), by and through their undersigned counsel, respectfully move this Court to dismiss this action pursuant to Fed.R.Civ.P.12(b)(2) and (3) because personal jurisdiction is lacking over EarthSpring and Greek Island and venue in the District of Delaware is improper. In the alternative, EarthSpring and Greek Island move this Court to transfer this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the District of Arizona. In support of their Motion, EarthSpring and Greek Island incorporate herein by reference the attached Memorandum of Law.

Dated: April 4, 2008

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll, Esq. (No. 2900)
BALLARD SPAHR ANDREWS
  & INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4447
Facsimile: (302) 355-0221
Email: moskowschnollb@ballardspahr.com

*Attorney for Earthspring LLC and Greek Island Labs LLC*

OF COUNSEL:
Scot Claus, Esquire
MARISCAL, WEEKS, MCINTYRE,
 & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, AZ 85012
Tel: (602) 285-5000
Fax: (602) 285-5100
Email: scot.claus@mwmf.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

L'ATHENE, INC.,                              )
                                             )
      Plaintiff,                     )
                                             )
      v.                             )    Civil Action No. 08-114-SLR
                                             )
EARTHSPRING LLC and                          )
GREEK ISLAND LABS LLC,                       )
                                             )
      Defendants.                    )

## PROPOSED ORDER

      AND NOW, this _____ day of _____, 2008, upon consideration of

Defendants' Motion to Dismiss, or in the alternative, to Transfer to the District of Arizona, and

any response thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and this

action is DISMISSED.

                          BY THE COURT

                                 _____
                                             J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2008, true and correct copies of the

Motion to Dismiss of Defendants Earthspring LLC and Greek Island Labs LLC, were served on

the following counsel via the Court's ECF filing system:

> Michael R. Robinson , Esquire
> SAUL EWING LLP
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE  19899
> Email:  mrobinson@saul.com

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll, Esquire (No. 2900)