IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L'ATHENE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-114 (SLR) |
| | ) |
| EARTHSPRING LLC | ) |
| | ) |
| and | ) |
| | ) |
| GREEK ISLAND LABS LLC | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

It is hereby stipulated this 15th day of April 2008 by defendants Earthspring LLC ("Earthspring") and Greek Island Labs LLC ("Greek Islands"), and by plaintiff L'Athene, Inc. ("L'Athene), subject to the approval of the Court, that L'Athene shall have an extension of time until and including May 8, 2008, to file its Answering Brief in response to Earthspring and Greek Islands' motion to dismiss.

/s/ Michael R. Robinson
Michael R. Robinson (#4452)
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
mrobinson@saul.com

*Counsel for Plaintiff,*
*L'Athene, Inc.*

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (#2900)
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4447
Facsimile: (302) 355-0221
moskowschnollb@ballardspahr.com

*Counsel for Defendants Earthspring LLC*
*and Greek Island Labs LLC*

SO ORDERED:

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge

558076.1 4/14/08