IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L'ATHENE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>EARTHSPRING LLC<br><br>   and<br><br>GREEK ISLAND LABS LLC<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-114-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER FOR**
**EXTENSION OF TIME TO FILE REPLY**

It is hereby stipulated this 16th day of May, 2008, by defendants, Earthspring LLC ("Earthspring") and Greek Island Labs LLC ("Greek Island"), and by plaintiff L'Athene, Inc. ("L'Athene"), subject to the approval of the Court, that Earthspring and Greek Island shall have an extension of time until and including May 28, 2008, to file a reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

| | |
|---|---|
| /s/ Michael R. Robinson<br>Michael R. Robinson (#4452)<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Tel: (302) 421-6800<br>Fax: (302) 421-6813<br>Email: mrobinson@saul.com<br><br>*Attorney for L'Athene, Inc.* | /s/ Beth Moskow-Schnoll<br>Beth Moskow-Schnoll (#2900)<br>BALLARD SPAHR ANDREWS<br>  & INGERSOLL, LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 252-4447<br>Fax: (302) 355-0221<br>Email: moskowschnollb@ballardspahr.com<br><br>*Attorney for Earthspring LLC and Greek Island Labs LLC* |

SO ORDERED:

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge

DMEAST #10041405 v1