IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L'ATHENE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-114-SLR |
| ) | |
| EARTHSPRING LLC and ) | |
| GREEK ISLAND LABS LLC, ) | |
| ) | |
| Defendants. ) | |

### REQUEST FOR ORAL ARGUMENT ON EARTHSPRING LLC'S AND GREEK ISLAND LABS LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER TO THE DISTRICT OF ARIZONA

Pursuant to Local Rule 7.1.4, EarthSpring LLC and Greek Island Labs LLC respectfully request oral argument on their Motion to Dismiss or, in the Alternative, to Transfer to the District of Arizona.

Dated: May 28, 2008

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR ANDREWS
 & INGERSOLL, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: moskowschnollb@ballardspahr.com

Attorney for Earthspring LLC and Greek Island Labs LLC

OF COUNSEL:

Scot Claus, Esquire
MARISCAL, WEEKS, MCINTYRE,
 & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, AZ 85012
Tel: (602) 285-5000
Fax: (602) 285-5100
Email: scot.claus@mwmf.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2008, true and correct copies of the Request for Oral Argument on EarthSpring LLC's and Greek Island Labs LLC's Motion to Dismiss or, in the Alternative, to Transfer to the District of Arizona, were served on the following counsel via the Court's ECF filing system:

>Michael R. Robinson , Esquire
>SAUL EWING LLP
>222 Delaware Avenue, Suite 1200
>P.O. Box 1266
>Wilmington, DE  19899
>Email:  mrobinson@saul.com

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll, Esquire (No. 2900)