IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L'ATHENE, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-114-SLR |
| | ) |
| EARTHSPRING LLC and | ) |
| GREEK ISLAND LABS LLC, | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 7th day of August, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion to dismiss (D.I. 9) is denied.

2. Defendants' motion to transfer venue (D.I. 9), pursuant to 28 U.S.C. § 1404(a), is granted and the case is hereby transferred to the United States District Court for the District of Arizona.

United States District Judge