

| | | |
|---|---|---|
| **azddb_responses@azd.uscourts.gov**<br>08/15/2008 10:26 AM | To | InterdistrictTransfer_DED@ded.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

```
CASE: 1:08-cv-00114

DETAILS: Case transferred from Delaware
has been opened in DISTRICT OF ARIZONA
as case 2:08-cv-01501, filed 08/15/2008.
```